# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 15, 2006

131838

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ISAAC DARNELL GOODMAN,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131838
COA: 269924
Oakland CC: 04-199556-FH

On order of the Court, the application for leave to appeal the June 16, 2006 order of the Court of Appeals is considered. We direct the Oakland County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 15, 2006

_____
Clerk

d1108